UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY N-23-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:23CR144 (VAB) (RMS) |
| v. | VIOLATIONS: |
| RYAN FIELDS and<br>LISA MAHAN | 18 U.S.C. § 371<br>(Conspiracy to Commit an Offense Against the United States)<br><br>18 U.S.C. § 1956(h) (Conspiracy to Commit Money Laundering) |

INDICTMENT

The Grand Jury charges:

GENERAL ALLEGATIONS

At all times relevant to this Indictment, unless otherwise specified:

The Defendants

1.  The defendant RYAN FIELDS ("FIELDS") resided at an address, known to the Grand Jury, in Glastonbury, Connecticut (the "Connecticut Residence") until approximately March 2023. He then resided at an address, known to the Grand Jury, in Port Neches, Texas (the "Texas Residence").

2.  The defendant LISA MAHAN ("MAHAN") resided at the Connecticut Residence until approximately March 2023. She then resided at the Texas Residence.

3.  FIELDS was the principal and sole member of Pinned Aminos LLC, a Connecticut limited liability company formed on or about July 26, 2022.

Relevant Bank Accounts

4.     FIELDS is the sole authorized signor for bank account number ending in 3126 ("Account 3126"), in the name of Pinned Aminos LLC, at JPMorgan Chase Bank, N.A.

5.     FIELDS is the sole authorized signor for bank account number ending in 5061 ("Account 5061"), opened in his name, at JPMorgan Chase Bank, N.A.

6.     FIELDS is the sole authorized signor for bank account number ending in 5816 ("Account 5816"), opened in his name, at TD Bank, N.A.

7.     MAHAN is the sole authorized signor for bank account number ending in 5813 ("Account 5813"), opened in her name, at TD Bank, N.A.

The Federal Food, Drug, and Cosmetic Act

8.     The Federal Food, Drug, and Cosmetic Act ("FDCA") regulates, among other things, the importation, manufacture, labeling, and distribution of drugs and food. The United States Food and Drug Administration ("FDA") is the federal agency charged with enforcing the FDCA.

9.     Under the FDCA, a "drug" includes any article intended for use in the diagnosis, cure, mitigation, treatment, or prevention of disease in humans, or any non-food article intended to affect the structure or any function of the human body.

10.    Under the FDCA, a "prescription drug" is a drug intended for use by humans which (a) because of its toxicity or other potentiality for harmful effect, or the method of its use, or the collateral measures necessary to its use, is not safe for use except under the supervision of a licensed medical practitioner, or (b) the FDA required, as a condition of the FDA's approval of such drug, to be used under the professional supervision of a practitioner licensed by law to administer such drug.

11. Under the FDCA, a drug is "misbranded" if, among other things, it (a) was a prescription drug dispensed without the prescription of a practitioner licensed by law to administer prescription drugs, (b) was a prescription drug and, at any time prior to dispensing, its label failed to bear the symbol "Rx only," (c) its labeling was false or misleading in any particular way, (d) its labeling did not bear adequate directions for use, or (e) it was manufactured, prepared, propagated, compounded, or processed in an establishment not duly registered with the Secretary of the Department of Health and Human Services. The manufacture, preparation, propagation, compounding, or processing of a drug includes repackaging or otherwise changing the container, wrapper, or labeling of any drug package in furtherance of the distribution of the drug from the original place of manufacture to the person who makes final delivery or sale to the ultimate consumer or user.

12. The FDCA prohibits the introduction or delivery for introduction into interstate commerce of any drug that is misbranded.

## COUNT ONE
(Conspiracy to Commit an Offense Against the United States)

13. Paragraphs 1 through 12 are incorporated by reference.

14. From on or about September 1, 2021 to on or about June 29, 2023, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, the defendants FIELDS and MAHAN, and others known and unknown to the Grand Jury, did knowingly and willfully combine, conspire, confederate, and agree together and with each other to commit offenses against the United States, that is:

    a. to introduce and deliver for introduction, with intent to defraud and mislead, misbranded drugs into interstate commerce, in violation of Title 21, United States Code, Sections 331(a) and 333(a)(2), and

3

b.  to fraudulently and knowingly import and bring into the United States, any merchandise, that is misbranded and unapproved prescription drugs, contrary to law, and receive, conceal, buy, sell, and in any manner facilitate the transportation, concealment, and sale of such merchandise after importation, knowing the same to have been imported and brought into the United States contrary to law, in violation of Title 18, United States Code, Section 545.

Object of the Conspiracy

15. It was the object of the conspiracy to obtain money and profit by illegally selling and shipping misbranded and unapproved prescription drugs to customers, including customers throughout the United States.

Manner and Means of the Conspiracy

*The Pinned Aminos and Project Aminos Websites and Social Media Groups*

16. It was part of the conspiracy that from on or about September 1, 2021 to on or about June 29, 2023, FIELDS and MAHAN illegally sold misbranded and unapproved prescription drugs over the internet through websites, social media, and email, to customers, including customers throughout the United States, without a valid prescription, and then shipped those misbranded and unapproved prescription drugs to those customers.

17. It was further part of the conspiracy that FIELDS and MAHAN operated the publicly accessible websites pinnedaminos.com and projectaminos.com, through which they advertised and illegally sold misbranded prescription drugs and prescription drugs unapproved by the FDA for human consumption. The websites did not require a customer to provide a prescription to purchase any of the prescription drugs from these websites.

a.  The pinnedaminos.com domain name was created on or about September 5, 2021, and the website was operational by November 24, 2021. The website listed

4

pinnedaminos@gmail.com as a contact email address. The pinnedaminos.com website stopped operating on or about February 14, 2023.

    b.  The projectaminos.com domain name was created on or about March 31, 2023, and the website was operational by April 7, 2023. The website listed projectaminos@gmail.com as a contact email address. The projectaminos.com website stopped operating on or about June 29, 2023.

  18. It was further part of the conspiracy that FIELDS created and maintained a private Facebook group called Pinned Aminos, which FIELDS and MAHAN used to promote the pinnedaminos.com website and to advertise and sell misbranded prescription drugs and prescription drugs unapproved by the FDA for human consumption. FIELDS and MAHAN directed group members to place orders directly through the pinnedaminos.com website, by email to pinnedaminos@gmail.com, or by sending messages to FIELDS on Facebook messenger. In addition, the Pinned Aminos Facebook group allowed members to discuss and ask questions about drugs and health related issues. To avoid detection, the Facebook group was private so that only approved Facebook users could access the group.

  19. It was further part of the conspiracy that FIELDS created and maintained an Instagram group called Pinned Aminos, which advertised and promoted the pinnedaminos.com website and drugs sold on the website.

  20. It was further part of the conspiracy that FIELDS and MAHAN took steps to avoid detection and conceal their unlawful activity, and thereby defraud and mislead the FDA. For example, the pinnedaminos.com website falsely stated that the drugs for sale were intended for laboratory and research use only, and not intended for human ingestion. For example, the Terms and Conditions of the website contained the following language:

> The chemicals/materials for sale here are intended for laboratory and research use only, unless otherwise explicitly stated. They are not intended for human ingestion or for use in products that may be ingested. You must be at least 18 (eighteen) years of age to purchase goods on this website.

In addition, the labeling on the drugs sold and delivered to customers falsely stated that the drugs were "research compounds" and/or "not for human consumption."

21. It was further part of the conspiracy that, contrary to these representations, FIELDS and MAHAN knew and intended that the drugs they sold would be used in humans to diagnose, cure, mitigate, treat, and prevent disease and to otherwise affect the structure and function of the human body. In responding to questions that individuals emailed to pinnedaminos@gmail.com and posted to the Pinned Aminos Facebook group, FIELDS and MAHAN provided information on health benefits to humans of the drugs they sold and directions on dosage for human use.

22. It was further part of the conspiracy that FIELDS and MAHAN were primarily responsible for processing all orders. As MAHAN explained in a post to the Pinned Aminos Facebook group on November 11, 2022:

> I don't know if you all realize that 90% of what happens with PA is done by just Ryan and I. There are only about 20 hours a week that we have 1 other person helping. There's a lot to do (I won't bore you with the list 😛) So we are trying to streamline the ordering/contacting us process. If you use the website and pinnedaminos@gmail.com to contact us you will have 2 people accessing it and the process will move faster. Using private message on FB, Discord, etc and Ryan's multiple older emails then only he gets them and it gets to be a lot for just 1 person. He has hundreds of FB message a day. It's constant.... literally 24/7. Then on top of that he has to make product, source product, and a million other things. I know everyone wants to be answered first, get their package shipped the fastest and all that but it just can't happen like that. Please be patient and understanding and most of all use the website and our email: pinnedaminos@gmail.com 😊

23.     It was further part of the conspiracy that customers could pay for their purchases by credit card, CashApp, PayPal, Zelle, Venmo, Apple Pay and Apple Cash, and Bitcoin. In total, FIELDS and MAHAN collected over $1.4 million in customer payments, which was deposited into the following bank accounts controlled by FIELDS:

    a.    Over $600,000 was deposited into Account 3126;

    b.    Over $25,000 was deposited into Account 5061; and

    c.    Over $800,000 was deposited into Account 5816.

24.     It was further part of the conspiracy that FIELDS and MAHAN shipped the purchased drugs to customers through U.S. Mail and United Parcel Service. In total, FIELDS and MAHAN shipped over 10,000 parcels via U.S. Mail and United Parcel Service.

*The Undercover Transaction*

25.     It was further part of the conspiracy that on or about December 5, 2022, an undercover law enforcement agent located in the District of Connecticut placed on online order on the pinnedaminos.com website for Prostaglandin E1 2mg, Albuterol 6mg/ml 30 ml, and Thymosin Alpha 1 2mg. The cost was $99.00, which the agent paid online with a credit card. The agent requested the order be shipped to a mailbox in Rhode Island. The website did not require the agent to provide a prescription from a licensed medical practitioner.

26.     It was further part of the conspiracy that on or about December 16, 2022, a package containing the purchased items, which had been shipped from Connecticut, was delivered via U.S. Mail to the mailbox in Rhode Island. The package contained a bottle labeled 6mg/ml Albuterol Sulfate Research Compound, a vial labeled Prostaglandin E1 2mg Research Compound, and a vial labeled Thymosin Alpha 1 2mg Research Compound. Albuterol Sulfate and Prostaglandin E1 were

prescription drugs that required a prescription to acquire legally, and Thymosin Alpha 1 was not approved for sale by the FDA. All three items were misbranded.

*The Proceeds of the Crime*

27. It was further part of the conspiracy that FIELDS and MAHAN used the money they obtained from their illegal sale of misbranded and unapproved prescription drugs, including the illegal sale of drugs they imported from foreign manufacturers, to, among other things, pay themselves for their work, purchase cars, and purchase the Texas Residence, which they used to continue operating the conspiracy. For example:

    a. MAHAN received in her bank account, Account 5813, approximately $46,807.46 in payroll deposits from Pinned Aminos LLC.

    b. MAHAN received in her bank account, Account 5813, approximately $7,343.00 via Zelle payments from Pinned Aminos LLC.

    c. On or about June 16, 2022, FIELDS withdrew approximately $40,253.00 from Account 5816 and used the funds to purchase an official check, Check #41144841-0, from TD Bank, N.A. in that amount payable to Manchester Honda. The check was used to purchase a 2022 red Honda CRV that subsequently was registered to MAHAN.

    d. On or about October 6, 2022, FIELDS withdrew approximately $56,476.83 from Account 5816 and used the funds to purchase an official check, Check #41174494-7, from TD Bank, N.A. in that amount payable to Toyota of Wallingford. The check was used to purchase a 2023 black Toyota 4Runner, bearing VIN JTERU5JR4P6092223, that subsequently was registered to FIELDS.

    e. On or about February 23, 2023, FIELDS withdrew approximately $260,000.00 from Account 3126 and deposited it into Account 5061. Then, on or about March 16,

2023, FIELDS withdrew approximately $275,048.38 from Account 5061 and used the funds to purchase a cashier's check, Check #9181528919, from JPMorgan Chase Bank, N.A. FIELDS then used the check to purchase the Texas Residence where FIELDS and MAHAN currently reside.

### Overt Acts

28. In furtherance of the conspiracy and to effect the objects thereof, FIELDS and MAHAN committed and caused to be committed the following overt acts, among others, in the District of Connecticut and elsewhere:

    a. On or about September 5, 2021, FIELDS purchased the domain name pinnedaminos.com.

    b. On or about February 12, 2022, FIELDS posted a product list to the Pinned Aminos Facebook group.

    c. On or about July 26, 2022, FIELDS caused a certificate of organization for Pinned Aminos LLC to be filed with the Connecticut Secretary of State.

    d. On or about August 5, 2022, FIELDS opened Account 3126 at JPMorgan Chase Bank, N.A.

    e. On or about November 11, 2022, MAHAN posted a message to the Pinned Aminos Facebook group directing potential customers to use the website and email the pinnedaminos.com gmail address, as described in Paragraph 22 above.

    f. On or about December 5, 2022, the undercover agent's order on pinnedaminos.com was processed, as described in Paragraph 25 above.

    g. On or about December 16, 2022, a package containing a bottle labeled 6mg/ml Albuterol Sulfate Research Compound, a vial labeled Prostaglandin E1 2mg Research

Compound, and a vial labeled Thymosin Alpha 1 2mg Research Compound was delivered by U.S. Mail to a mailbox in Rhode Island, as described in Paragraph 26 above.

      h.    On or about January 7, 2023, FIELDS caused an annual report for Pinned Aminos LLC to be filed with the Connecticut Secretary of State.

      i.    For each of the financial transactions described in Paragraph 27(c), (d), and (e) above, FIELDS conducted or caused the financial transaction on or about the specified date, with each such transaction constituting a separate overt act.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO
(Conspiracy to Commit Money Laundering)

29.    Paragraphs 1 through 28 are incorporated by reference.

30.    From on or about September 1, 2021 to on or about June 29, 2023, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, the defendants FIELDS and MAHAN did knowingly and willfully combine, conspire, and agree with each other to commit offenses against the United States, namely: to knowingly engage in monetary transactions by, through, and to a financial institution, affecting interstate and foreign commerce, and any transaction that would be a financial transaction under Title 18, United States Code, Section 1956(c)(4)(B), including a transaction involving the use of a financial institution which is engaged in, or the activities of which affect, interstate or foreign commerce in any way or degree, in criminally derived property of a value greater than $10,000, such property constituting and having been derived from specified unlawful activity, that is, one or more violations of Title 18, United States Code, Section 545 (smuggling goods into the United States), in violation of Title 18, United States Code, Section 1957.

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATIONS

31. Upon conviction of the offense alleged in Count One of this Indictment, defendants FIELDS and MAHAN shall forfeit to the United States, pursuant to Title 21, United States Code, Section 334 and Title 28, United States Code, Section 2461(c), any drugs that were misbranded when introduced into or while in interstate commerce or while held for sale (whether or not the first sale) after shipment in interstate commerce, and which may not be introduced into interstate commerce.

32. Upon conviction of the offense alleged in Count One of this Indictment, defendants FIELDS and MAHAN shall forfeit to the United States, pursuant to Title 18, United States Code, Section 545, merchandise introduced into the United States in violation of this section, and the value thereof, and pursuant Title 18, United States Code, Section 982(a)(2)(B), all right, title, and interest in any property constituting or derived from proceeds obtained directly or indirectly as a result of such offense, including, but not limited to, the following (the "Forfeitable Property"):

    a. Certain real property located at 709 Alpine Drive, Port Neches, Texas 77651;

    b. A 2023 black Toyota 4Runner, bearing VIN JTERU5JR4P6092223;

    c. JPMorgan Chase Bank, N.A. bank account no. 882863126, held in the name of Pinned Aminos LLC;

    d. JPMorgan Chase Bank, N.A. bank account no. 865635061, held in the name of Ryan Fields;

    e. TD Bank, N.A. bank account no. 437-6875816, held in the name of Ryan Fields;

    f. TD Bank, N.A. bank account no. 435-8585813, held in the name of Lisa Mahan; and

    g. A sum of money equal to the total amount of any property, real or personal, which constitutes or is derived from proceeds involved in the offense.

33. Upon conviction of the offense alleged in Count Two of this Indictment, the defendants FIELDS and MAHAN shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), all right, title, and interest in any and all money and other property involved in such offense, and all property traceable to such property, including but not limited to the Forfeitable Property listed above.

34. If any of the above-described forfeitable property, as a result of any act or omission of the defendants FIELDS and MAHAN, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property that cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 982(b) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described above.

All in accordance with Title 18, United States Code, Sections 545 and 982; Title 21, United States Code, Sections 334 and 853; Title 28, United States Code, Section 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

_____
FOREPERSON

UNITED STATES OF AMERICA

*Vanessa Roberts Avery* (signature)
VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

(signature)
NEERAJ N. PATEL
ASSISTANT UNITED STATES ATTORNEY